**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1102**

———————

In Re: ROY ANDREW BANE,

                                                            Debtor.

_____


ROY ANDREW BANE,

                                        Plaintiff - Appellant,

        versus


AFFORDABLE EFFICIENCIES, INCORPORATED,

                                        Defendant - Appellee,

        and


J. GLENWOOD STRICKLER,

                                                            Trustee.


———————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.   Samuel G. Wilson, Chief District
Judge.  (CA-98-419-R, BK-97-67-13-RKR, AP-97-78-7, AP-97-79-7)

———————

Submitted:  July 8, 1999          Decided:  July 14, 1999

———————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Gary Michael Bowman, Roanoke, Virginia, for Appellant.  William Worthington Terry, III, WETHERINGTON, MELCHIONNA, TERRY, DAY & AMMAR, P.C., Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Roy Andrew Bane appeals from the district court's order dismissing as moot his appeal from the bankruptcy court's order lifting the automatic stay and allowing the Appellee to sell restaurant equipment owned by Bane.  Our review of the record and the opinions below discloses no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Bane v. Affordable Efficiencies, Inc.</u>, Nos. CA-98-419-R; BK-97-67-13-RKR (W.D. Va. Dec. 16, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2